# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

GLENN ACCIARD, HOWARD AMBERG, ANNE AMERICA, JOHN AMERICA, WILLIAM BACIGALUPO, JONATHAN BATES, CYNILLE BATES, PEGGY A. BEDWELL, IRMA FARMER, ROBERT FORSCUTT, KAREN FORSCUTT, BRUCE GHILONI, MITZI GHILONI, NOEMI HERNANDEZ, GEORGE HERNANDEZ, DANIEL A. HERSHBERGER, ASTOR HOSANG, WAYNE I. KACHER, RUTH KACHER, KENNETH KAPP, CATHERINE KAPP, DEBRA G. LAUBACH, FREDERICK C. LAUBACH, JR. PETER LEWIS, LYNDA LEWIS, DONALD L. LODAREK, LAUREN LODAREK, ANDREW COLIN LONG, DONALD LONG, NINA H. LONG, RICHARD MAREK, TARI LEE MAREK, THOMAS MCCANN, DEBORAH MCCANN, EILEEN MESSIER, JEFF MONTGOMERY, ELIZABETH MONTGOMERY, CURT R. NORD, JEANNETTE NORD, BETTY ROSENWEIG, BETTY ROSENWEIG, PATRICK SHEEHAN, RICHARD S. SHIFFLETT, CAROL A. SHIFFLETT, MERRITT LAWRENCE SILCOX, WILLIAM TORLUCCI, KATHLEEN TORLUCCI, JAMES E WOLFE, ROBERT WRIGHT, JOAN WRIGHT, MICHAEL LAMB, MARGARET LAMB, and URSULA FRITSCH,

       Plaintiffs,

-vs-              Case No. 2:07-cv-476-FtM-99DNF

RUSSELL WHITNEY, JOHN KANE, WHITNEY EDUCATION GROUP, INC.,

**GULFSTREAM DEVELOPMENT
GROUP. LLC, GULFSTREAM REALTY
& DEVELOPMENT, LLC, GULFSTREAM
INVESTMENT GROUP, LLC, UNITED
MORTGAGE CORPORATION, KEVIN
CARAOTTA, DOUGLAS REALTY, INC.,
BRIAN HAAG, KEVIN HAAG, DOUGLAS
HAAG, PARADISE TITLE SERVICES,
INC., THE CONSTRUCTION LOAN
COMPANY, INC.GREENBRIAR REAL
ESTATE HOLDINGS, INC, WEBSTER
BANK, NA, NORLARCO CREDIT UNION,
FIRST COMMUNITY BANK OF
SOUTHWEST FLORIDA, VISION
CAPITAL ENTERPRISES, INC, EMC
MORTGAGE CORPORATION,
NATIONAL CREDIT UNION
ADMINISTRATION BOARD AS
LIQUIDATING AGENT FOR HURON
RIVER AREA CREDIT UNION,**

                    **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On February 20, 2009, the Court entered an Order (Doc. 399) requiring the Plaintiffs, Margaret Lamb, Michael Lamb, and Ursula Fritsch to file a written Notice with the Court indicating whether they are continuing to pursue their claims in this action or wish to voluntarily dismiss their claims. Margaret Lamb, Michael Lamb, and Ursula Fritsch failed to file the required written Notice. On March 17, 2009, the Court entered an Order to Show Cause requiring Margaret Lamb, Michael Lamb, and Ursula Fritsch to show cause why their claims should not be dismissed for failure to prosecute. Margaret Lamb, Michael Lamb, and Ursula Fritsch failed to respond to the Order to Show Cause. Local Rule 3.10(a) provides that "[w]henever it appears that any case is not being diligently prosecuted the Court

may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution." Margaret Lamb, Michael Lamb, and Ursula Fritsch have failed to prosecute their claims, and failed to comply with Orders of the Court. Therefore, the Court will recommend that Margaret Lamb, Michael Lamb, and Ursula Fritsch be dismissed from this action.

**IT IS RESPECTFULLY RECOMMENDED:**

That Margaret Lamb, Michael Lamb and Ursula Fritsch be dismissed from this action.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __31st__ day of __March__, 2009.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record