# United States District Court, Middle District of Florida, Fort Myers Division

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 2:07-CV-476-FtM-99DNF | **DATE** | 4/22/2009 |
| **CASE TITLE** | GLENN ACCIARD, *et al.* v. RUSSELL WHITNEY, *et al.* | | |

### DOCKET ENTRY TEXT

Plaintiffs Margaret Lamb, Michael Lamb, and Ursula Fritsch do not object to the magistrate judge's report and recommendation that they be dismissed from this case for want of prosecution [434]. The magistrate judge's report and recommendation [434] is adopted. Margaret Lamb, Michael Lamb, and Ursula Fritsch are dismissed from this case with prejudice for want of prosecution.

*Suzanne B. Conlon*

Notices mailed by Judicial staff

| | Courtroom Deputy Initials: | LF |
|---|---|---|