Gulfstream Realty & Development, LLC  
4818 Coronado Parkway  
Suite 4  
Cape Coral, FL 33904  

(239)542-2710  
1-888-208-5129 toll free  
(239)542-3253 fax  
website www.gulfstreamrealty.com  

Wayne & Ruth Kacher  
1020 Susquehanna Ave  
Baltimore, MD 21220  

## Statement

Kacher, Wayne & Ruth  
March 1, 2007 to March 19, 2007

| Date | Description | Income | Expenses | Balance |
|---|---|---|---|---|
| 3/1/2007 | Beginning Balance | | | $350.00 |
| 3/2/2007 | Lawn Care for 1817 Tomaso Avenue | | $60.00 | |
| | Check #2227 to Bob Bielser | | | |
| | lh06-166/kacher | | | |
| 3/12/2007 | Management Fee for 1817 Tomaso Avenue | | $407.50 | |
| | James George Jr. & Meliss | | | |
| | Balance of Acq Fee | | | |
| 3/12/2007 | Rent for 1817 Tomaso Avenue | $400.00 | | |
| | James George Jr. & Meliss | | | |
| | money order | | | |
| 3/12/2007 | Management Fee for 1817 Tomaso Avenue | | $40.00 | |
| | James George Jr. & Meliss | | | |
| | money order | | | |
| 3/13/2007 | Legal & Accounting for 1817 Tomaso Avenue | | $35.00 | |
| | Check #2344 to H. Anthony Heist, P.A. | | | |
| | lh06-166/kacher | | | |
| 3/19/2007 | Cash Distribution | | $207.50 | |
| | Check #2643 to Wayne & Ruth Kacher | | | |
| | Net Balance Change | $400.00 | $750.00 | ($350.00) |
| 3/19/2007 | Ending Balance | | | $0.00 |



EXHIBIT 3

Prepared by Gulfstream Realty & Development, LLC, Document 14-30719-14

Page 1

PKACH00000295