UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GLEN ACCIARD, ET AL,
    Plaintiffs,

v.                                           CASE NO: 2:07-CV-476-FTM-36-DNF

RUSSELL WHITNEY, ET AL,
    Defendants.
_____/

**O R D E R**

Before the Court is the Stipulation of Voluntary Dismissal With Prejudice of All Counts Against Defendants Kevin Caraotta and United Mortgage Corporation (Doc. 659). In accord with the Stipulation of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)    The Stipulation of Dismissal is APPROVED.

    2)    This cause is dismissed, with prejudice, as to Defendants Kevin Caraotta and United Mortgage Corporation only, all parties to bear their own costs and attorneys' fees.

    3)    The Court reserves jurisdiction to enforce the terms and conditions of the settlement.

    4)    The Clerk is directed to terminate any pending motions and deadlines and enter judgment accordingly as to Defendants Kevin Caraotta and United Mortgage Corporation only.

**DONE AND ORDERED** at Fort Myers, Florida, on August 9, 2010.

*/s/ Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record