UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GLENN ACCIARD, HOWARD AMBERG,
WILLIAM BACIGUALUPO, JONATHAN
BATES, CYNILLE BATES, PEGGY A.
BEDWELL, ROBERT FORSCUTT, KAREN
FORSCUTT, BRUCE GHILONI, MITZI
GHILONI, NOEMI HERNANDEZ, et. al.,

    Plaintiffs,

v.                                                                                     CASE NO:  2:07-cv-476-FTM-36-DNF

RUSSELL WHITNEY, JOHN KANE,
WHITNEY EDUCATION GROUP, INC.,
GULFSTREAM DEVELOPMENT GROUP.
LLC, GULFSTREAM REALTY &
DEVELOPMENT, LLC, GULFSTREAM
INVESTMENT GROUP, LLC, UNITED
MORTGAGE CORPORATION, KEVIN
CARAOTTA, DOUGLAS REALTY, INC.,
BRIAN HAAG, KEVIN HAAG, et. al.,

    Defendants.
_____/

# O R D E R

The Court has been advised by the **Parties** at the Status Conference held on June 30, 2011, that the above-styled action has been settled as to Defendants Russell Whitney; Gulfstream Development Group, LLC; Gulfstream Realty & Development, LLC; Gulfstream Investment Group, LLC; Douglas Realty; Inc, Brian Haag; Kevin Haag; Douglas Haag and Paradise Title Services, only. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendants Russell Whitney; Gulfstream Development Group, LLC; Gulfstream Realty &

Development, LLC; Gulfstream Investment Group, LLC; Douglas Realty; Inc, Brian Haag; Kevin Haag; Douglas Haag and Paradise Title Services, only, and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions filed by or pertaining to these Defendants are **denied** as moot and the Clerk is **directed** to terminate the motions at Doc. 716, 749, and 923 and all deadlines and administratively close the file as to Defendants Russell Whitney; Gulfstream Development Group, LLC; Gulfstream Realty & Development, LLC; Gulfstream Investment Group, LLC; Douglas Realty, Inc; Brian Haag; Kevin Haag; Douglas Haag and Paradise Title Services, only.

      **DONE AND ORDERED** at Ft. Myers, Florida, on July 1, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record