**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GLENN ACCIARD, HOWARD AMBERG,
ANNE AND JOHN AMERICA, et al.,

        Plaintiffs,

v.                                CASE NO.:  2:07-CV-476-CEH-DNF

RUSSELL WHITNEY, individually, JOHN
KANE, individually, WHITNEY
EDUCATION GROUP, INC., et al.,

        Defendants.
_____/

## NOTICE OF SETTLEMENT OF COUNTERCLAIMS AGAINST PEGGY BEDWELL, ROBERT FORSCUTT, KAREN FORSCUTT, RICHARD MAREK, TARI LEE MAREK, AND JAMES WOLFE

Counter-Defendants, Peggy Bedwell, Robert Forscutt, Karen Forscutt, Richard Marek, Tari Lee Marek, and James Wolfe ("Bedwell, the Forscutts, the Mareks, and Wolfe"), by and through their undersigned counsel, hereby give notice to this Court that they have each reached a settlement agreement with Counter-Plaintiff, National Credit Union Administration Board as Liquidating Agent for Huron River Area Credit Union ("NCUA"). Upon full and complete execution of the Settlement Agreements by the Parties, Bedwell, the Forscutts, the Mareks, Wolfe, and the Counter-Plaintiff will file an agreed motion with the Court to dismiss Bedwell, the Forscutts, the Mareks, and Wolfe from the counterclaim actions against them. At this juncture, the moving parties are requesting entry of the court of the standard order entered by the Court when placed on notice of settlement.

- 2 -

Dated:  November 7, 2011

By:  */s/ G. Wrede Kirkpatrick*
G. Donovan Conwell, Jr., Esq.
Florida Bar No. 0371319
G. Wrede Kirkpatrick, Esq.
Florida Bar No. 984116
CONWELL KIRKPATRICK, P.A.
2701 North Rocky Point Drive
Suite 1200
Tampa, FL 33607
Email:
wkirkpatrick@ckbusinesslaw.com;
dconwell@ckbusinesslaw.com
Phone:  (813) 282-8000
Fax:  (813) 282-8800
*Attorneys for Counter-Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of November, 2011, I electronically filed the foregoing using the Court's CM/ECF system which will send a Notice of Electronic Filing to the attached Service List:

- 3 -

## CM/ECF SERVICE LIST

**Laurence S. Litow, Esq.**
**Donna K. Knapton, Esq.**
ROETZEL & ANDRESS
P.O. Box 30310
Fort Lauderdale, FL  33303
Email:  lslitow@ralaw.com;
dknapton@ralaw.com
*Attorneys for National Credit Union Administration Board as Liquidating Agent for Huron River Area Credit Union*

**Steven R. Amster, Esq.**
Kodsi Law Firm, P.A.
701 W. Cypress Creek Road
Suite 303
Fort Lauderdale, FL 33309
Email:  samster@kodsilawfirm.com
*Attorneys for Greenbriar Real Estate Holdings*

**Steven D. Lehner, Esq.**
**Lori A. Heim, Esq.**
**Burke G. Lopez, Esq.**
HINSHAW & CULBERTSON, LLP
First Union Center
100 South Ashley Dr., Suite 500
Tampa, FL  33602
Email: slehner@hinshawlaw.com;
lheim@hinshawlaw.com
*Attorneys for National Credit Union Administration Board as Liquidating Agent for Huron River Area Credit Union*

I FURTHER CERTIFY that I served via U.S. Mail a true and accurate copy of the foregoing to the following non-CM/ECF participants:

Michael O. Kane
129 Highway 90
Waveland, MS  39576

Ashley Seibert
11868 Bay Port Lane, #4
Fort Myers, FL  33919

The Construction Loan Company, Inc.
c/o David Vettraino
205 N. Walnut
Howell, MI  48843

 

*/s/ G. Wrede Kirkpatrick*
Attorney