UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLENN ACCIARD, HOWARD AMBERG, ANNE AMERICA, JOHN AMERICA, WILLIAM BACIGALUPO, JONATHAN BATES, CYNILLE BATES, PEGGY A. BEDWELL, IRMA FARMER, ROBERT FORSCUTT, KAREN FORSCUTT, BRUCE GHILONI, MITZI GHILONI, NOEMI HERNANDEZ, GEORGE HERNANDEZ, DANIEL A. HERSHBERGER, ASTOR HOSANG, WAYNE I. KACHER, RUTH KACHER, KENNETH KAPP, CATHERINE KAPP, DEBRA G. LAUBACH, FREDERICK C. LAUBACH, JR. , PETER LEWIS, LYNDA LEWIS, DONALD L. LODAREK, LAUREN LODAREK, ANDREW COLIN LONG, DONALD LONG, NINA H LONG, RICHARD MAREK, TARI LEE MAREK, EILEEN MESSIER, JEFF MONTGOMERY, ELIZABETH MONTGOMERY, CURT R. NORD, JEANNETTE NORD, BETTY ROSENZWIEG, ALYCE SHEEHAN, PATRICK SHEEHAN, RICHARD S. SHIFFLETT, CAROL A. SHIFFLETT, MERRITT LAWRENCE SILCOX, JAMES E. WOLFE, ROBERT WRIGHT, JOAN WRIGHT, JAMES M. EASTERLY, GALEN H. NEHER, BRADLEY R QUISENBERRY, KELLY QUISENBERRY and STANLEY ROSENZWEIG,

        Plaintiffs,

v.        Case No: 2:07-cv-476-Ftm-99DNF

WHITNEY EDUCATION GROUP, INC., UNITED MORTGAGE CORPORATION, KEVIN CARAOTTA, THE CONSTRUCTION LOAN COMPANY, INC., GREENBRIAR REAL ESTATE HOLDINGS, INC., NORLARCO CREDIT UNION, FIRST COMMUNITY BANK OF SOUTHWEST FLORIDA, EMC

- 2 -

MORTGAGE CORPORATION,
NATIONAL CREDIT UNION
ADMINISTRATION BOARD,
MICHAEL O. KANE, KANE
PROPERTIES, INC., WHITNEY
INFORMATION NETWORK, INC.,
WEALTH INTELLIGENCE
ACADEMY, INC., REAL PRO, LLC,
DAVID A. WITTIG, HOT
APPRAISALS, LLC and ASHLEY L.
SEIBERT,

        **Defendants.**

_____

## ORDER

On March 26, 2012 an Order was entered dismissing this case without prejudice, and providing the parties ninety days to submit a stipulated form of final order or judgment, or to move to reopen upon good cause shown (Doc. No. 1152). The Order further provided that after the 90-day period the dismissal would be with prejudice, and administratively closed the file. The ninety day period has now passed and no party has submitted a stipulated final order or judgment, or moved to reopen the case.

Based on the foregoing, it is ordered as follows:

1.      The case is hereby DISMISSED WITH PREJUDICE.

2.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 2, 2012.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties